Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

EASTERN DISTRICT OF CALIFORNIA OF CALIFORNIA, COUNTY OF UNITED STATES DISTRICT COURT

| | |
|---|---|
| SHERON R. WRIGHT, ) | Case No. 2:16-CV-01193-JAM-CKD |
| ) | |
| Plaintiff(s), ) | **STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND ORDER** |
| ) | |
| vs. ) | |
| ) | |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant(s). ) | |

    WHEREAS the parties agree that a continuance of the dates concerning disclosure of expert witnesses is in their mutual interest to allow additional time for the completion of additional depositions in this matter necessary for retained expert witnesses to provide a complete report for expert disclosures and to allow time for the parties to pursue settlement discussions,

    IT IS HEREBY STIPULATED AND AGREED that mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before August 18, 2017, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before September 15, 2017.  All other dates in the court's Scheduling Order shall remain in effect.

Dated:  July 13, 2017　　　　　　　　　　　　　　　AMERIO LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　　　　By:   /S/ JEFFREY FLETTERICK, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Fletterick, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SHERON R. WRIGHT

1

---

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND [PROPOSED] ORDER**

Dated: July 13, 2017                                RIGGIO MORDAUNT & KELLY

                                                    By:  /S/ LORI A. REIHL, ESQ.
                                                         Lori A. Reihl, Esq.
                                                         Attorneys for Defendant
                                                         TARGET CORPORATION

**ORDER**

    Good cause having been shown,

    IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows: Mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before August 18, 2017, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before September 15, 2017.

DATED:  July 17, 2017                        /s/ John A. Mendez
                                             Judge of the United States District Court

Riggio Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

2

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND [PROPOSED] ORDER**