Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

EASTERN DISTRICT OF CALIFORNIA OF CALIFORNIA, COUNTY OF UNITED STATES DISTRICT COURT

| | |
|---|---|
| SHERON R. WRIGHT, | Case No. 2:16-CV-01193-JAM-CKD |
| Plaintiff(s), | **STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND ORDER** |
| vs. | |
| TARGET CORPORATION, | |
| Defendant(s). | |

WHEREAS the parties agree that a continuance of the dates concerning disclosure of expert witnesses is in their mutual interest.

The parties have agreed to engage in mediation with Eric Emanuels, Esq. in Sacramento, California. Based on the availability of the mediator and all parties involved, mediation is scheduled for September 20, 2017. It is the parties' intent to engage in early mediation prior to the parties engaging in the time and cost of further discovery, expert disclosures and expert discovery, to promote settlement discussions.

An extension of time for expert disclosures is necessary to allow time for the completion of mediation on September 20, 2017. Additionally, should mediation not be successful, the depositions of plaintiff's treating physicians will need to be completed, which are necessary for retained expert witnesses to provide a complete report for expert disclosures. Based on the foregoing:

Riggio Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

1

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED that mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before October 20, 2017, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before November 17, 2017.  All other dates in the court's Scheduling Order shall remain in effect.

Dated: August 16, 2017                               AMERIO LAW FIRM

                                                     By: /S/ JEFFREY FLETTERICK, ESQ.
                                                         Jeffrey Fletterick, Esq.
                                                         Attorney for Plaintiff
                                                         SHERON R. WRIGHT

Dated: August 16, 2017                               RIGGIO MORDAUNT & KELLY

                                                     By: /S/ LORI A. REIHL, ESQ.
                                                         Lori A. Reihl, Esq.
                                                         Attorneys for Defendant
                                                         TARGET CORPORATION

## ORDER

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:  Mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before October 20, 2017, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before November 17, 2017.

DATED:    August 16, 2017            /s/ John A. Mendez
                                     Judge of the United States District Court

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND [PROPOSED] ORDER**