Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON R. WRIGHT, | Case No. 2:16-CV-01193-JAM-CKD |
| Plaintiff(s), | **STIPULATION TO EXTEND DEADLINES AND [PROPOSED] ORDER** |
| vs. | |
| TARGET CORPORATION, | |
| Defendant(s). | |

WHEREAS the parties previously entered into a stipulation, and an order was entered by this court on August 16, 2017, to continue the dates concerning disclosure of expert witnesses. The deadline for mutual disclosure of expert witnesses and exchange of expert reports is now October 20, 2017, and the mutual disclosure of rebuttal expert witnesses and exchange of reports deadline is November 17, 2017.

However, by that stipulation and order, the parties inadvertently did not extend discovery deadlines, leaving the parties with a date for expert disclosures *after* the current discovery deadline of September 15, 2017. Therefore, an extension of time on all case deadlines and dates is necessary to allow time for time for the completion of expert disclosures and discovery, including expert depositions, prior to the close of discovery and in sufficient time prior to trial and motion deadlines. Based on the foregoing:

///

///

---

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND [PROPOSED] ORDER**

1     IT IS HEREBY STIPULATED AND AGREED that:

2     1. The current discovery cut-off date of September 15, 2017 shall be extended to

3 January 19, 2018.

4     2. The current dispositive motion deadline of November 7, 2017 shall be extended to

5 March 16, 2018 and heard on April 17, 2018 at 1:30pm.

6     IN ADDITION, the parties request that:

7     1. The Final Pretrial Conference currently scheduled for January 12, 2018 be continued to

8 May 18, 2018.

9     2. The jury trial currently scheduled to commence on February 26, 2018 be continued to

10 June 25, 2018.

11

12

13 Dated: September 11, 2017           AMERIO LAW FIRM

14                         By:  /s/ ASHLEY AMERIO

15                             Ashley Amerio, Esq.
                            Jeffrey Fletterick, Esq.

16                             Attorney for Plaintiff
                            SHERON R. WRIGHT

17

18 Dated: September 12, 2017           RIGGIO MORDAUNT & KELLY

19

20                         By:  /s/ LORI A. REIHL
                            Lori A. Reihl, Esq.

21                             Attorneys for Defendant
                            TARGET CORPORATION

22

23

24

25

26

27

28

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND [PROPOSED] ORDER**

# ORDER (AS MODIFIED BY THE COURT)

Good cause having been shown,

IT IS HEREBY ORDERED that the parties to this matter that the court's Scheduling Order relative to this matter is modified as follows:

1. Discovery shall be completed by January 19, 2018.
2. All dispositive motions shall be filed by March 27, 2018 and heard on April 24, 2018 at 1:30pm.
3. The Final Pretrial Conference is set for June 1, 2018 at 10:00AM in Courtroom 6.
4. Jury Trial is set for July 9, 2018 at 9:00am in Courtroom 6.

DATED: September 12, 2017     /s/ John A. Mendez
                              Judge of the United States District Court

Riggio Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND [PROPOSED] ORDER**