Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
Mailing: Post Office Box 7608 (Zip Code 95267)
Physical: 2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON R. WRIGHT, | Case No. 2:16-CV-01193-JAM-CKD |
| Plaintiff(s), | STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| TARGET CORPORATION, | |
| Defendant(s). | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Sheron R. Wright and Defendant Target Corporation, through their respective undersigned counsel of record, hereby stipulate and agree that the above-captioned matter is dismissed with prejudice.

Dated:  January 18, 2018          AMERIO LAW FIRM

                    By:   /s/ JEFFREY FLETTERICK
                          Jeffrey Fletterick, Esq.
                          Attorneys for Plaintiff SHERON R. WRIGHT


Dated:  February 5, 2018          RIGGIO MORDAUNT & KELLY

                    By:   /s/ LORI A. REIHL
                          Lori A. Reihl, Esq.
                          Attorneys for Defendant TARGET CORPORATION

**IT IS SO ORDERED.**

Dated:  2/6/2018          /s/ John A. Mendez
                          UNITED STATES DISTRICT COURT JUDGE

1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER